FILED'08 JUN 20 09:28 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| MOTON RAY SMITH | ) | Civil No. 08-189-CL |
| Petitioner. | ) | **ORDER** |
| v. | ) | |
| BOARD OF PAROLE | ) | |
| Respondent. | ) | |

**PANNER, Judge.**

Petitioner has filed a "Memorandum" which the court construed as a petition for *habeas corpus* under 28 U.S.C. § 2254. On April 28, 2008, Magistrate Judge Clarke filed his Report and Recommendation (docket # 15), recommending that the petition be dismissed.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983) (absence of objection does not relieve "district court of its obligation . . . to decide for itself

1 - ORDER

whether the Magistrate's report is correct").

I find no error.

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 15 only) is adopted. The petition for *habeas corpus* is dismissed.

IT IS SO ORDERED.

DATED this 20 day of June, 2008.

                           _/s/ Owen M. Panner_
                               Owen M. Panner
                               United States District Judge

2 - ORDER